

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00075-CV
_____

REAL CENTRAL APPRAISAL DISTRICT AND JUAN SAUCEDO, IN HIS OFFICIAL
CAPACITY AS CHIEF APPRAISER FOR THE REAL CENTRAL APPRAISAL DISTRICT,
Appellants

V.

REAL COUNTY, TEXAS, Appellee

On Appeal from the 38th District Court
Real County, Texas
Trial Court No. 2023-3845-DC

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     December 9, 2024
Date Decided:       December 10, 2024

---

[1]Originally appealed to the Fourth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).